# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ERC CREDIT USA, a Wyoming Corporation, ) )  Plaintiff, ) ) v. ) ) WOLF LAKE FINANCIAL L.L.C., an Indiana limited liability company; WOLF LAKE TERMINALS, INC., a Missouri corporation; POST WAREHOUSE CORP., an Indiana corporation; SLM PROPERTIES, LLC, an Indiana limited liability company; TANCO CLARK MARITIME, LLC, an Indiana limited liability company; TANCO TERMINALS, INC., an Indiana corporation; and LONG-MIDDENDORF WAREHOUSE CORP., an Indiana corporation d/b/a Wolf Lake Industrial Centre; )  Defendants. ──────────────────────────────────── WOLF LAKE FINANCIAL L.L.C., an Indiana limited liability company; WOLF LAKE TERMINALS, INC., a Missouri corporation; POST WAREHOUSE CORP., an Indiana corporation; SLM PROPERTIES, LLC, an Indiana limited liability company; TANCO CLARK MARITIME, LLC, an Indiana limited liability company; TANCO TERMINALS, INC., an Indiana corporation; and LONG-MIDDENDORF WAREHOUSE CORP., an Indiana corporation d/b/a Wolf Lake Industrial Centre,  Counter-Plaintiffs. v. ERC CREDIT USA, a Wyoming Corporation,  Counter-Defendant. | Case No. 2:23-cv-00219-JTM-APR |

## DEFENDANTS/COUNTER-PLAINTIFFS' STATUS REPORT

Defendants/Counter-Plaintiffs, by counsel David A. Buls of Krieg DeVault, LLP for their *Status Report* to the Court, state they had no further contact with Plaintiff/Counter-Defendant in this cause and accordingly, they plan to file a motion for entry of default from the clerk pursuant to Rule 55(a) within the next ten (10) days. It is anticipated that a motion for default judgment will be filed thereafter.

Respectfully submitted,

*/s/ David A. Buls*
David A. Buls (#17890-64)
J. Brian Hittinger (#16428-64)
KRIEG DeVAULT LLP
8001 Broadway, Suite 400
Merrillville, IN 46410
Ph: (219) 227-6100
Fax: (219) 227-6101
dbuls@kdlegal.com
jhittinger@kdlegal.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2024, he electronically filed the foregoing document using the Indiana E-filing System (IEFS) and that it was served upon the following via U.S. Mail at the last known address for Plaintiff/Counter-Defendant:

ERC CREDIT USA
1712 Pioneer Avenue
Cheyenne, Wyoming 82001

*/s/ David A. Buls*