# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ERC CREDIT USA, a Wyoming Corporation, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-00219-JTM-APR ) ) |
| WOLF LAKE FINANCIAL L.L.C., an Indiana limited liability company; WOLF LAKE TERMINALS, INC., a Missouri corporation; POST WAREHOUSE CORP., an Indiana corporation; SLM PROPERTIES, LLC, an Indiana limited liability company; TANCO CLARK MARITIME, LLC, an Indiana limited liability company; TANCO TERMINALS, INC., an Indiana corporation; and LONG-MIDDENDORF WAREHOUSE CORP., an Indiana corporation d/b/a Wolf Lake Industrial Centre; | ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |
| _____ | ) |
| WOLF LAKE FINANCIAL L.L.C., an Indiana limited liability company; WOLF LAKE TERMINALS, INC., a Missouri corporation; POST WAREHOUSE CORP., an Indiana corporation; SLM PROPERTIES, LLC, an Indiana limited liability company; TANCO CLARK MARITIME, LLC, an Indiana limited liability company; TANCO TERMINALS, INC., an Indiana corporation; and LONG-MIDDENDORF WAREHOUSE CORP., an Indiana corporation d/b/a Wolf Lake Industrial Centre, | ) ) ) ) ) ) ) ) ) ) ) ) |
|     Counter-Plaintiffs. | ) ) |
| v. | ) ) |
| ERC CREDIT USA, a Wyoming Corporation, | ) ) |
|     Counter-Defendant. | ) ) |

### DEFENDANTS/COUNTER-PLAINTIFFS' VERIFIED MOTION AND AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST PLAINTIFF/COUNTER-DEFENDANT ERC CREDIT USA, PURSUANT TO RULE 55(a)

Defendants/Counter-Plaintiffs Wolf Lake Financial, LLC, Wolf Lake Terminals, Inc., Post Warehouse Corporation, SLM Properties, LLC, Tanco Clark Maritime, LLC, Tanco Terminals, Inc. and Long-Middendorf Corporation, by counsel David A. Buls of Krieg DeVault LLP, in support of entry of default state Plaintiff/Counter-Defendant, ERC Credit USA, a Wyoming corporation: (a) appeared by counsel on May 30, 2023; (b) subsequently caused counsel to withdraw without engaging replacement counsel; (c) has been without legal counsel since May 2, 2024; and, (d) has failed to pursue or defend this case as set forth in FRCP 55(a).

WHEREFORE, Defendants/Counter-Plaintiffs request the Clerk enter default against Plaintiff/Counter-Defendant, ERC Credit USA, a Wyoming Corporation.

The affiant affirms under penalties for perjury that the foregoing is true and correct to the best of his knowledge.

*/s/ David A. Buls*
David A. Buls

Respectfully submitted,

KRIEG DEVAULT LLP

*/s/ David A. Buls*
David A. Buls Atty. No. 17890-64
KRIEG DEVAULT LLP
8001 Broadway, Suite 400
Merrillville, IN 46410
Phone: (219) 227-6104
dbuls@kdlegal.com
*Attorney for Defendants/Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2024, he electronically filed the foregoing document using the Indiana E-filing System (IEFS) and that it was served upon the following via U.S. Mail at the last known address for Plaintiff/Counter-Defendant:

ERC CREDIT USA
1712 Pioneer Avenue
Cheyenne, Wyoming 82001

*/s/ David A. Buls*