UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ERC CREDIT USA, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No: 2:23 CV 219 |
| | ) |
| WOLF LAKE FINANCIAL LLC, *et al.*, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

## O R D E R

On March 4, 2025, Magistrate Judge Andrew P. Rodovich issued a Report and Recommendation that this court dismiss this case with prejudice, based on plaintiff/counter-defendant ERC Credit USA's failure to obtain legal representation and failure to prosecute its case. No objection to the Report and Recommendation has been timely filed by either party.

The court now **ADOPTS in part** the Report and Recommendation (DE # 45), and **DISMISSES** plaintiff/counter-defendant ERC Credit USA's claims **with prejudice**. The counter-plaintiffs did not object to the magistrate judge's recommendation that the entire case be dismissed with prejudice, but the court will afford them until **April 7, 2025**, to file a status report regarding their intent to pursue their counterclaims. If nothing is filed by that date, this court will assume that the counter-plaintiffs consent to the dismissal of the entire case, as originally recommended by the magistrate judge.

                                   **SO ORDERED.**

Date: March 24, 2025

                                    s/ James T. Moody
                                   JUDGE JAMES T. MOODY
                                   UNITED STATES DISTRICT COURT